UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA                                     :     ORDER
                                                             :
        -against-                                            :     20 Cr. 631 (AKH)
                                                             :
KENNETH SPEARMAN                                             :
                                                             :
                                Defendant.                   :
                                                             :
------------------------------------------------------------ X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:,

For the reasons discussed on the record, the Court holds, after hearing the parties and considering the factors set out in 18 U.S.C. 3142(g)(1)-(4), that the Government has sustained its burden under 18 U.S.C. § 3142 (e), (f)) of showing, by a preponderance of the evidence and more, that "no condition or combination of conditions will reasonably assure the appearance of the person [defendant Spearman] as required and the safety of any other person and the community." Accordingly, defendant shall be detained before trial. The order of the magistrate judge is reversed.

SO ORDERED.

Dated:        December 3, 2020
              New York, New York

                                                    _____
                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge