

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 15, 2020

**By ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Kenneth Spearman et al.*, 20 Cr. 631 (AKH)

Dear Judge Hellerstein:

The Government writes to respectfully request that the Court exclude time under the Speedy Trial Act until January 4, 2021. The defendants do not object to this request.[1]

By way of background, the majority of defendants in this matter were arrested on December 2, 2020. Later that same day, at their presentment and arraignment, Magistrate Judge Parker excluded time until December 15, 2020. The Government requests that time be excluded until January 4, 2021 to enable the defendants to discuss this matter with their counsel, so that counsel can confer with the Government regarding potential dispositions, and so that the Government can begin to produce discovery in this matter.

The Government is available to address any questions the Court may have.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: /s/
Ryan B. Finkel / Alexander Li / Andrew Rohrbach
Assistant United States Attorneys
(212) 637-6612/2265/2345

Copy to: All defense counsel (by ECF)

*[handwritten: So Ordered. /s/ Alvin K. Hellerstein 12-17-2020]*

---

[1] Defendants Cameron Francis, Isaiah Ledgister, and Maurice Womack have not yet been arrested and thus have not yet appeared in this case.