```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
  UNITED STATES OF AMERICA       :   [Proposed] ORDER
                                 :
              - v. -             :   20 Cr. 631 (AKH)
                                 :
  KENNETH SPEARMAN, et al.,      :
                                 :
              Defendants.        :
                                 :
- - - - - - - - - - - - - - - - x
```

ALVIN K. HELLERSTEIN, District Judge:

      WHEREAS, due to the ongoing COVID-19 pandemic, the Court anticipates holding additional conferences in this case remotely, and

      WHEREAS it is logistically impossible to hold a remote conference at which all defendants are present because some of the defendants are detained at different facilities, and because one of those facilities cannot provide for all defendants detained there to appear simultaneously at one conference,

      It is ORDERED that counsel for all defendants be notified in advance of each conference in this case and attend each conference unless excused by the Court;

It is further ORDERED that, if the Court is unable to arrange for the appearance of a detained defendant at a conference, counsel for that defendant shall appear at the conference and promptly obtain a transcript of the conference and provide or read the transcript to the defendant, and promptly raise any objections or requests for further information of said detained defendant.

Dated:    New York, New York
           January 7, 2021

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK