UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES                           :
                                        :
                                        :  **ORDER**
       -against-                        :
                                        :  20 Cr. 631 (AKH)
KENNETH SPEARMAN, et al.,               :
                                        :
                     Defendants.        :
                                        :
                                        :
                                        :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Currently, several motions are marked as open but have been resolved. A review of the docket reflects the following:

      ECF No. 93 was resolved at a hearing on February 23, 2021. *See* ECF No. 115.

      ECF No. 133 was resolved by ECF No. 134.

      ECF No. 147 was resolved by ECF Nos. 148 and 149.

      ECF No. 172 was resolved at the hearing I held on February 8, 2022.

      ECF No. 186 was resolved at the hearing I held on March 14, 2022.

      ECF No. 189 was resolved by ECF No. 190.

      ECF Nos. 194 and 200 were resolved by ECF No. 201.

      Accordingly, the Clerk shall terminate ECF Nos. 93, 133, 147, 172, 186, 189, 194, and 200.

      SO ORDERED.

Dated:    April 13, 2022           /s/ Alvin K. Hellerstein
           New York, New York     ALVIN K. HELLERSTEIN
                                   United States District Judge