UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA                   :
                                           :
                                           :        **SCHEDULING ORDER**
         -against-                         :
                                           :        20 Cr. 631 (AKH)
                                           :
                                           :
   KENNETH SPEARMAN, et al.,               :
                                           :
                          Defendants.
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

              The status conference scheduled for May 2, 2022 at 9:30 a.m. is adjourned to May 3, 2022 at 10:00 a.m., provided that no party objects to such adjournment before today, April 26, 2022, at 5:00 p.m.

              The conference will be held in Courtroom 14D, 500 Pearl Street, New York, NY 10007.  The parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.


              SO ORDERED.

Dated:      April 26, 2022                ___/s/ Alvin K. Hellerstein_____
             New York, New York          ALVIN K. HELLERSTEIN
                                    United States District Judge