UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES

    -against-

KENNETH SPEARMAN, et al.,

              Defendants.

**ORDER**

20 Cr. 631 (AKH)

---

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Currently, several motions are marked as open but have been resolved. A review of the docket reflects the following:

    ECF No. 237 was resolved by my order accepting the plea. *See* ECF No. 241.

    ECF Nos. 244 and 261 were resolved at the Final Pretrial Conference held on June 8, 2022.

    Accordingly, the Clerk shall terminate ECF Nos. 237, 244, and 261.

    SO ORDERED.

Dated:    June 14, 2022                /s/ Alvin K. Hellerstein
             New York, New York      ALVIN K. HELLERSTEIN
                                            United States District Judge