UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
    UNITED STATES                                              :
                                                               :
                                                               :    ORDER
                                                               :
           -against-                                           :
                                                               :    20 Cr. 631 (AKH)
    KENNETH SPEARMAN, et al.,                                  :
                                                               :
                          Defendants.                          :
                                                               :
                                                               :
                                                               :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Currently, three motions are marked as open but have been resolved. A review of the docket reflects the following:

        ECF No. 249 was resolved by my order granting the request. *See* ECF No. 279.

        ECF No. 281 is now moot.

        ECF No. 290 was resolved and the sentencing of Ray Boyd is scheduled for October 12, 2022 at 12:00 p.m..

        Accordingly, the Clerk shall terminate ECF Nos. 249, 281, and 290.

SO ORDERED.

Dated:    August 30, 2022                 /s/ Alvin K. Hellerstein
             New York, New York         ALVIN K. HELLERSTEIN
                                                  United States District Judge