UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA

-against-

KENNETH SPEARMAN,

                              Defendant.

------------------------------------------------------------ x

**SCHEDULING ORDER**

20 Cr. 631 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing scheduled for April 18, 2023, is adjourned to May 3, 2023, at 11 a.m.

        The parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    April 10, 2023                     __/s/ Alvin K. Hellerstein__
            New York, New York          ALVIN K. HELLERSTEIN
                                                      United States District Judge