UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KENNETH SPEARMAN,

Defendant.

**ORDER**

**S1 20 Cr. 631 (AKH)**

WHEREAS, with defendant Kenneth Spearman's consent, his guilty plea allocution was made before a United States Magistrate Judge on June 7, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

IT IS FURTHER ORDERED that the Court's the March 4, 2021 Order, ECF No., 108, is VACATED.

Dated:

New York, New York

May 1, 2023

_____/s/ Alvin K. Hellerstein_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK