

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2023

SO ORDERED

**By ECF**

/s/ Alvin Hellerstein
U.S.D.J.
June 8, 2023

The Honorable Alvin K. Hellerstein
United States District Judge
500 Pearl Street
New York, New York  10007

Re:  **United States** v. **Kenneth Spearman et al.**, 20 Cr. 631 (AKH)

Dear Judge Hellerstein:

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York.  Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ _____
Andrew Rohrbach
Assistant United States Attorney
(212) 637-2345

CC: Defense counsel (by ECF)